NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-324

CHURCH POINT BANK & TRUST CO.

VERSUS

LAWRENCE H. OLIVIER

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 76,825
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

**********
ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Alex L. Andrus III
Andrus & Doherty
117 North Market Street
Opelousas, LA 70570
(337) 942-5645
Counsel for Plaintiff/Appellee:
    Church Point Bank & Trust Co.

Malcolm Brasseaux
Attorney at Law
202 W. Plaquemine St.
Church Point, LA 70525
(337) 684-3355
Counsel for Defendant/Appellant:
    Lawrence H. Olivier